1  Joshua B. Swigart, Esq. (SBN: 225557)
   josh@westcoastlitigation.com
2  Robert L. Hyde, Esq. (SBN: 227183)
   bob@westcoastlitigation.com
3  **HYDE & SWIGART**
4  411 Camino Del Rio South, Suite 301
   San Diego, CA 92108-3551
5  Telephone: (619) 233-7770
6  Facsimile:  (619) 297-1022
7
   Attorneys for Plaintiff
8  Shelley Straitiff
9
10
11              **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
12
13 | SHELLEY STRAITIFF, | Case No.: C07-06468 WDB |
14 |                    Plaintiff, |  |
15 | v. | **PROOF OF SERVICE** |
16 | BAY AREA CREDIT SERVICE, LLC, |  |
17 |                    Defendant. |  |

JOSHUA B. SWIGART, ESQ. (SBN 225557)
HYDE & SWIGART
411 CAMINO DEL RIO SOUTH, SUITE 301
SAN DIEGO  CA  92108
619-233-7770
Attorney for : PLAINTIFF

Ref. No.      : 0303467-01
Atty. File No. : CV 07 6468

UNITED STATES DISTRICT COURT, NO. DISTRICT OF CA
NORTHERN JUDICIAL DISTRICT

| PLAINTIFF  | : SHELLEY STRAITIFF | Case No.: C07-06468 WDB |
|---|---|---|
| DEFENDANT  | : BAY AREA CREDIT SERVICE, LLC | **PROOF OF SERVICE** |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA; CIVIL CASE COVER SHEET; COMPLAINT; U.S. DISTRICT COURT NORTHERN CALIFORNIA

3. a. Party served   : BAY AREA CREDIT SERVICE, LLC
                      AUTHORIZED AGENT FOR SERVICE: CT CORPORATION SYSTEM
   b. Person served  : MARIA SANCHEZ, PROCESS SPECIALIST
                      (AUTHORIZED AGENT FOR SERVICE)

4. Address where the party was served  818 WEST SEVENTH STREET
                                       LOS ANGELES, CA  90017   (Business)

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on  January 22, 2008   (2) at: 08:50 AM

6. The "Notice to the person served" (on the summons) was completed as follows:
   c. on behalf of:    BAY AREA CREDIT SERVICE, LLC
                       AUTHORIZED AGENT FOR SERVICE: CT CORPORATION SYSTEM
   under [xx] Other    LLC

7. **Person who served papers**
   a. QUENTIN BUTLER
   b. KNOX ATTORNEY SERVICE, INC.
      2250 Fourth Avenue
      San Diego, California  92101
   c. 619-233-9700

   d. Fee for service: $169.00
   e. I am:
      (3) a registered California process server
          (i) an independent contractor
          (ii) Registration No.: 152
          (iii) County: San Diego

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: January 28, 2008

Signature: QUENTIN BUTLER

Jud. Coun. form, rule 982.9
JC Form POS 010 (Rev. January 1, 2007)

**PROOF OF SERVICE**

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA



**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

CV 07    6468

WDB

TO: (Name and address of defendant)

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is herewith served upon you, within ▒▒ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE

(BY) DEPUTY CLERK

MARY ANN BUCKLEY