NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHELLEY STRAITIFF

        Plaintiff,

v.

BAY AREA CREDIT SERVICE

        Defendant.
_____/

NO: CV 07-06468 WDB

**ORDER REGARDING FAILURE TO E-FILE DOCKET NO. 1.**

This case is subject to Electronic Case Filing ("ECF"), pursuant to General Order 45, Section VI of which requires that all documents in such a case be filed electronically. Our docket reflects that the Complaint, docket #1, was not filed electronically.

IT IS HEREBY ORDERED that counsel for Plaintiff e-mail the above mentioned document to the Court in Portable Document Format ("PDF") format within 10 days, as an attachment in an *e-mail* message directed to the judges chamber's "PDF" email box listed at http://ecf.cand.uscourts.gov. (Click on the **Judges** button and follow the procedure listed there). Do *not* e-file a document which has been previously filed on paper, as is the case with the above mentioned filing. All subsequent papers should be e-filed.

Failure to comply with this order may result in the imposition of monetary or other sanctions on a daily basis until the failure to comply with the General Order has been remedied.

Dated: 2-13-08

                                              United States Magistrate Judge