```
 1  Joshua B. Swigart, Esq. (SBN: 225557)
    josh@westcoastlitigation.com
 2  Robert L. Hyde, Esq. (SBN: 227183)
    bob@westcoastlitigation.com
 3  HYDE & SWIGART
 4  411 Camino Del Rio South, Suite 301
    San Diego, CA 92108-3551
 5  Telephone: (619) 233-7770
 6  Facsimile:  (619) 297-1022
 7
    Attorneys for Plaintiff
 8  Shelley Straitiff
 9
```

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| SHELLEY STRAITIFF,<br><br>                    Plaintiff,<br><br>v.<br><br>BAY AREA CREDIT SERVICE, LLC,<br><br>                    Defendant. | Case No.: CV-07-06468 WDB<br><br>**NOTICE OF SETTLEMENT** |
|---|---|

**NOTICE IS HEREBY GIVEN** by counsel that this action has been settled, Plaintiff requests this Court to retain complete jurisdiction for 60 days for entry of dismissal or to allow Plaintiff to reopen the action upon a good faith showing that the settlement has not been completed with Defendant and further litigation is necessary.

Respectfully submitted,

Dated: March 25, 2008                                **HYDE & SWIGART**

By:   /s/ Joshua B. Swigart
**Joshua B. Swigart**
Attorneys for the Plaintiff