1  *Re: Straitiff v. Bay Area Credit Services, LLC.,*
   *United States District Court, Northern District of California*
2  Case No. CV-07-06468 WDB

                         **PROOF OF SERVICE**
3  I, Luisa Parra, declare as follows:

4  I am over the age of eighteen years and not a party to the case. I am employed in the County of San Diego, California where the mailing occurs: My business address is 411 Camino Del Rio South, Suite 301 San Diego, CA 92108-3551. I am readily familiar with our business' practice of collecting,
5  processing and mailing of correspondence and pleadings for mail with the United Postal Service.

6  On March 26, 2008, I served the foregoing document(s) described as

7  **NOTICE OF SETTLEMENT**
8  **[PROPOSED] ORDER**

9  On the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:
10
11     BAY AREA CREDIT SERVICES
       50 Airport PKWY Ste 100
       San Jose, CA 95110
12
13  ☒  BY MAIL, by placing a copy thereof in a separate envelope for each addressee named above, addressed to each addressee respectively, and then sealed each envelope and, with the postage thereon fully prepaid, deposited each in the United States mail at
14     San Diego, California in accordance with our business' practice.

15  ☐  BY PERSONAL SERVICE, by placing a copy thereof in a separate envelope for each addressee named above, addressed to each such addressee respectively, and caused
16     such envelope to be delivered by hand to the offices of addressee.

17  ☐  BY FACSIMILE, this document was transmitted by facsimile transmission from (619) 330-4657 and transmission was reported as complete and without error. A
18     copy of the transmission report is attached to this affidavit.

19  ☐  ELECTRONICALLY, this document was transmitted by the Internet from our office.

20  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on March 26, 2008, at San Diego, California.
21

22                         _/S/ LUISA PARRA_

23                         Luisa Parra

24

25

26

27

28