Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
Robert L. Hyde, Esq. (SBN: 227183)
bob@westcoastlitigation.com
**Hyde & Swigart**
411 Camino Del Rio South, Suite 301
San Diego, CA 92108-3551
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

Attorneys for Plaintiff
Shelley Straitiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELLEY STRAITIFF<br><br>Plaintiff,<br><br>v.<br><br>BAY AREA CREDIT SERVICE, LLC,<br><br>Defendant. | Case Number: CV-07-06468 WDB<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE |

Based on the above Notice of Dismissal filed herewith, this Court hereby orders Plaintiff's Complaint against Defendant BAY AREA CREDIT SERVICE, LLC, to be, and herewith is dismissed WITH prejudice in accordance with the terms of the settlement agreement between all parties.

IT IS SO ORDERED.

Dated: 2/10, 2009

HON. WAYNE D. BRAZIL
UNITED STATES DISTRICT JUDGE